# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,
    Plaintiff,

                                                                       CASE NO. 22-20470
v.                                                  HON. ROBERT H. CLELAND

JULIO CEZAR FERREIRA NUNES,

    Defendant.

_____

| JONATHAN GOULDING | EDWARD A. BAJOKA |
|---|---|
| United States Attorney's Office | Bajoka Law Group PLLC |
| 211 W. Fort Street, Suite 2001 | 500 Griswold, Suite 1630 |
| Detroit, MI 48226 | Detroit, MI 48226 |
| 313-226-9742 | 844-422-5652 |
| | bajokalaw@gmail.com |

## **ORDER**

This matter has been brought to the Court upon ex parte application for payment of interpreter, and the Court being fully informed, is of the opinion that the Defendant has demonstrated the need for this service to adequately defend himself and his financial inability to secure these services on his own;

Therefore, the Court authorizes payment to **Pallero Translations** from CJA funds for its interpreting services on behalf of the Defendant.

Dated" November 3, 2022

                                                       s/Robert H. Cleland
                                                       Robert H. Cleland
                                                       U.S. District Judge